BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CARDENAS-RESENDIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00439-JF |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. ) | |
| OCTAVIO CARDENAS-RESENDIZ, ) | |
| )  Defendant. ) | |

**STIPULATION**

Defendant Octavio Cardenas-Resendiz, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Special Assistant United States Attorney Brad Price, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, July 1, 2010, at 9:00 a.m., shall be continued to Thursday, July 15, 2010, at 9:00 a.m.

The parties agree that the time between Thursday, July 1, 2010 and, July 15, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

///

///

1     IT IS SO STIPULATED.

2  Dated: June 30, 2010

3                                         _____/s/_____
4                                         NICHOLAS P. HUMY
                                          Assistant Federal Public Defender

5  Dated: June 30, 2010

6                                         _____/s/_____
                                          BRAD PRICE
7                                         Special Assistant United States Attorney

8

9                       [PROPOSED] **ORDER**

10    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that the status hearing shall be continued from Thursday, July 1, 2010 to Thursday,

12 July 15, 2010 at 9:00 a.m.

13    THE COURT FINDS that failing to exclude the time between July 1, 2010, and July 15,

14 2010, would unreasonably deny the defendant's continuity of counsel, and would unreasonably

15 deny counsel the reasonable time necessary for effective preparation, taking into account the

16 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

17    THE COURT FURTHER FINDS that the ends of justice served by excluding the time

18 between July 1, 2010, and July 15, 2010, from computation under the Speedy Trial Act outweigh

19 the interests of the public and the defendant in a speedy trial.

20    THEREFORE, IT IS HEREBY ORDERED that the time between July 1, 2010, and July

21 15, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

22 3161(h)(8)(A) and (B)(iv).

23    IT IS SO ORDERED.

24 Dated: 7/1/10
                                          _____
25                                        The Honorable Jeremy Fogel
                                          United States District Court
26

Stipulation and [Proposed] Order
No. CR 10-00439-JF                          2